CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 2014-2571            SECTION: "D-16"

ANDREA KOHN

VERSUS

DR. KRISTI M. SOILEAU, D.D.S.

FILED: _____     _____
                                              DEPUTY CLERK

### NOTICE OF REMOVAL TO STATE COURT CLERK AND REQUEST THAT STATE RECORD BE CLOSED

TO:    Honorable Dale N. Atkins
        Orleans Parish Clerk of Court
        Civil District Court for the
        Parish of Orleans
        421 Loyola Avenue
        New Orleans, LA 70112

PLEASE TAKE NOTICE that defendant, Dr. Kristi Soileau, has on this date removed to the United States District Court for the Eastern District of Louisiana the above-captioned case pending in your Court. A copy of the Notice of Removal is attached to this Notice.

Defendant request that the Clerk of Court close its record and proceed no further unless and until the case is remanded. A copy of the Notice of Removal has been served via mail on all counsel or record.

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

_____
GUICE A. GIAMBRONE, III #25062
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone: (504) 830-4929
Facsimile: (504) 849-3038
ggiambrone@bluewilliams.com
*Counsel for Dr. Kristi M. Soileau, DDS*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY by my signature above that a copy of the above and foregoing pleading has been served on counsel for all parties on this 3 day of April, 2014.


EXHIBIT 1-B